| | | | |
|---|---|---|---|
| Com. v. Tunstall [44] .. | 02/02/2016520 EAL (2015) | Denied | Pa.Super., 131 A.3d 102 |
| Com. v. Vose [45] ..... | 02/17/2016644 MAL (2015) | Denied | Pa.Super., 125 A.3d 458 |
| Com. v. Wallace [46] .. | 02/01/2016372 EAL (2015) | Denied | Pa.Super., 122 A.3d 453 |
| Com. v. Walsh [47] .... | 12/07/2015610 MAL (2015) | Denied | Pa.Super., 122 A.3d 1131 |
| Com. v. Willits [48] ... | 02/03/2016637 MAL (2015) | Denied | Pa.Super., 122 A.3d 461 |
| Com. v. Wilson [49] ... | 02/01/2016442 EAL (2015) | Denied | Pa.Super., 122 A.3d 1137 |
| Com. v. Wilson [50] ... | 02/01/2016434 EAL (2015) | Denied | Pa.Super., 122 A.3d 1148 |
| E.P., In re Adoption of; A.M., In re [51] .. | 02/17/201617 MAL (2016) | Denied | Pa.Super., 113 A.3d 358 |
| Herrera v. Baum; Herrera, In re [52] .. | 02/01/2016430, 431 EAL (2015) | Denied | Pa.Super., 122 A.3d 1133 |

**44.** Justice EAKIN and Justice DONOHUE did not participate in the consideration or decision of this matter.

**45.** Justice EAKIN did not participate in the consideration or decision of this matter.

**46.** Justice EAKIN did not participate in the consideration or decision of this matter.

**47.** Reconsideration Denied January 20, 2016.

**48.** Justice EAKIN did not participate in the consideration or decision of this matter.

**49.** Justice EAKIN did not participate in the consideration or decision of this matter.

**50.** Justice EAKIN did not participate in the consideration or decision of this matter.

**51.** Justice EAKIN did not participate in the consideration or decision of this matter.

**52.** Justice EAKIN did not participate in the consideration or decision of this matter.